No. 93–7098. RICHLEY *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir.;

No. 93–7167. HOLMES ET AL. *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir.;

No. 93–7287. SMITH *v.* INDIANA. Sup. Ct. Ind.;

No. 93–7378. MADISON *v.* TEXAS. Ct. Crim. App. Tex.;

No. 93–7730. ELKINS *v.* SOUTH CAROLINA. Sup. Ct. S. C.;

No. 93–7777. BARNES *v.* TEXAS. Ct. Crim. App. Tex.; and

No. 93–8105. WEST *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

Justice Blackmun, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.